UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60189-CR-Moreno/Seltzer

18 U.S.C. § 286

UNITED STATES OF AMERICA

vs.

LLOYDA BENEDICT QUELCH,

   Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. The Federal Emergency Management Agency ("FEMA") was an agency of the United States Government within the Department of Homeland Security ("DHS"). FEMA's responsibilities included, among other things, providing disaster assistance to individuals in an area that was declared a major disaster.

2. FEMA was authorized to provide disaster assistance in the State of Florida to eligible victims of Hurricane Irma, which made landfall over Miami-Dade and Broward Counties, and elsewhere in Florida, on or about September 10, 2017.

3. Coconspirator 1 was an employee of FEMA, who was detailed to South Florida to assist with FEMA's disaster assistance efforts in the area.

4. FEMA allowed employees who were detailed to locations away from their duty

station to submit a claim for, among other things, eligible costs of lodging incurred while on detail.

5. Coconspirator 1 was issued Chase Bank ("Chase") credit card ending in 1767 to be used for eligible expenses incurred in connection with his employment, including eligible costs of lodging incurred while on detail.

6. Cash App was a mobile payment service operated by Square, Inc. which allowed users to electronically transfer money to one another using a mobile telephone application, commonly referred to as an "App."

7. "Pines B&B" was the name of a fictitious business utilized by defendant **LLOYDA BENEDICT QUELCH** which purportedly provided lodging for customers.

8. **LLOYDA BENEDICT QUELCH** maintained a business account in the name of Pines B&B with Square Inc. Cash App.

9. **LLOYDA BENEDICT QUELCH** maintained a bank account ending in 4897 at Wells Fargo Bank, N.A. ("Wells Fargo").

10. Coconspirator 1 maintained an account with Square Inc. Cash App.

11. Coconspirator 1 utilized Chase credit card ending in 1767 to make payments to **LLOYDA BENEDICT QUELCH's** Pines B&B Square Inc. Cash App account.

12. Payments made by Coconspirator 1 to **LLOYDA BENEDICT QUELCH's** Pines B&B Square Inc. Cash App account were subsequently deposited into **LLOYDA BENEDICT QUELCH's** Wells Fargo account ending in 4897.

**COUNT 1**
**Conspiracy to Defraud the Government with Respect to Claims**
**(18 U.S.C. § 286)**

1. Paragraphs 1 through 12 of the General Allegations section of the Information are hereby realleged and incorporated as though fully set forth herein.

2. From in or around November 2017, continuing through on or about April 12,

2018, in Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

## LLOYDA BENEDICT QUELCH,

did knowingly and willfully combine, conspire, confederate and agree with Coconspirator 1 to defraud the United States, and any department and agency thereof, that is, DHS and FEMA, by obtaining and aiding to obtain the payment and allowance of false, fictitious, and fraudulent claims, in violation of Title 18, United States Code, Section 286.

## PURPOSE AND OBJECT OF THE CONSPIRACY

3. It was the purpose and object of the conspiracy for the defendant and Coconspirator 1 to unjustly enrich themselves by creating false, fictitious and fraudulent lodging receipts and submitting and causing these fraudulent receipts to be submitted to FEMA to obtain lodging payments to which the defendant and her coconspirator were not entitled.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which **LLOYDA BENEDICT QUELCH** and Coconspirator 1 sought to accomplish the purpose and object of the conspiracy included, among others, the following.

4. **LLOYDA BENEDICT QUELCH** generated a false, fictitious and fraudulent receipt for $1,960 of rent paid to Pines B&B for lodging, on or about November 12, 2017.

5. Coconspirator 1 made a payment of $1,960 electronically, utilizing his Chase credit card ending in 1767, to the Pines B&B Square, Inc. Cash App account, on or about November 22, 2017.

6. The sum of $1,906.10 was deposited electronically into **LLOYDA BENEDICT QUELCH'** Wells Fargo account ending in 4897 from the Pines B&B Square, Inc. Cash App account, on or about November 22, 2017.

7. A charge in the amount of $1,960 was posted to Coconspirator 1's Chase credit card ending in 1767, on or about November 24, 2017.

8. Coconspirator 1 electronically submitted a fraudulent claim for lodging reimbursement to FEMA, on or about December 1, 2017, which included a claim for payment of $980 based upon a false and fictitious receipt generated by **LLOYDA BENEDICT QUELCH**, and directed FEMA to credit that amount to his Chase credit card account ending in 1767.

9. Coconspirator 1 electronically submitted a fraudulent claim for lodging reimbursement to FEMA, on or about January 4, 2018, which included a claim for payment of $980 based upon a false and fictitious receipt generated by **LLOYDA BENEDICT QUELCH**, and directed FEMA to credit that amount to his Chase credit card account ending in 1767.

10. **LLOYDA BENEDICT QUELCH** generated a false, fictitious and fraudulent receipt for $3,696 of rent paid to Pines B&B for lodging, on or about February 5, 2018.

11. Coconspirator 1 electronically submitted a fraudulent claim for lodging reimbursement to FEMA, on or about March 3, 2018, which included a claim for payment of $1,584 based upon a false and fictitious receipt generated by **LLOYDA BENEDICT QUELCH**, and directed FEMA to credit that amount to his Chase credit card account ending in 1767.

12. Coconspirator 1 electronically submitted a fraudulent claim for lodging reimbursement to FEMA, on or about March 8, 2018, which included a claim for payment of $2,112 based upon a false and fictitious receipt generated by **LLOYDA BENEDICT QUELCH**, and directed FEMA to credit that amount to his Chase credit card account ending in 1767.

13. Coconspirator 1 made a payment of $3,696 electronically, utilizing his Chase credit card ending in 1767, to the Pines B&B Square, Inc. Cash App account, on or about April 11, 2018.

14. The sum of $3,594.36 was deposited electronically into **LLOYDA BENEDICT QUELCH'** Wells Fargo account ending in 4897 from the Pines B&B Square, Inc. Cash App

4

account, on or about April 11, 2018.

15.     A charge in the amount of $3,696 was posted to Coconspirator 1's Chase credit card ending in 1767, on or about April 12, 2018.

All in violation of Title 18, United States Code, Section 286.

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
ARIMENTHA R. WALKINS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                 CASE NO. _____

vs.

LLOYDA BENEDICT QUELCH,                  **CERTIFICATE OF TRIAL ATTORNEY***

_____ Defendant.  /   **Superseding Case Information:**

**Court Division**: (Select One)         New Defendant(s) ____ Yes ____ No
                                         Number of New Defendants ____
  Miami ____   Key West ____             Total number of counts ____
  FTL  X       WPB ____   FTP ____

   I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   NO
   List language and/or dialect _____

4. This case will take ___0___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   I    0 to 5 days      X                Petty     ____
   II   6 to 10 days    ____              Minor     ____
   III  11 to 20 days   ____              Misdem.   ____
   IV   21 to 60 days   ____              Felony     X
   V    61 days and over ____

6. Has this case been previously filed in this District Court?   No   (Yes or No)
   If yes:
   Judge: _____  Case No. _____
          (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   No
                                                ____

   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case?   NO   (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____Yes   X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____Yes   X  No

                                         ARIMENTHA R. WALKINS
                                         ASSISTANT UNITED STATES ATTORNEY
                                         Florida Bar No. 0897787

Penalty Sheet(s) attached                                           REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NUMBER:** _____

**BOND RECOMMENDATION**

DEFENDANT: LLOYDA BENEDICT QUELCH

$10,000 PSB
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *A. R. Walkins*
AUSA:   ARIMENTHA R. WALKINS

Last Known Address: 8521 NW 7th Court

Pembroke Pines, FL  33024

What Facility: _____

Agent(s):   S/A Joseph Casciotta
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
DHS-OIG

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** **LLOYDA BENEDICT QUELCH**

**Case No:**

Count #: 1

Conspiracy to Defraud the Government with Respect to Claims

Title 18, United States Code, Section 286

*__Max. Penalty:__ 10 Years' Imprisonment


* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Lloyda Benedict Quelch, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____Nayib Hassan_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____Lurana S. Snow, U.S. Magistrate Judge_____
*Judge's printed name and title*